**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Brian Lyons                                  CHAPTER 13
                    Debtor(s)
                                                    BKY. NO. 23-11182 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

   Kindly enter my appearance on behalf of FORECLOSE IN THE NAME OF LAKEVIEW LOAN SERVICING, LLC WHETHER THE FORECLOSURE IS JUDICIAL OR NONJUDICIAL. and index same on the master mailing list.

                                       Respectfully submitted,

                                       
                                       /s/ Mark A. Cronin
                                       Mark Cronin
                                       05 May 2023, 10:52:57, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322