# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Brian Lyons                                CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-11182 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC. and index same on the master mailing list.

Respectfully submitted,

**/s/ Mark A. Cronin**
Mark A. Cronin, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
mcronin@kmllawgroup.com