**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| BRIAN LYONS | : | |
| | : | |
| DEBTOR | : | NO. 23-11182 (AMC) |

**ORDER**

**AND NOW**, this 10th day of May, 2023, upon consideration of the Debtor's Motion for Extension of Time to File the Chapter 13 Schedules AB-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Calculation of Disposable Income Form 122C-2, it is hereby

**ORDERED** that the Motion is **GRANTED** and the Debtor may file the Chapter 13 Schedules AB-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Calculation of Disposable Income Form 122C-2 on or before May 24, 2023.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE