United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 23-11182-amc
Brian Lyons  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: May 10, 2023 | Form ID: pdf900 | Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2023:**

**Recip ID    Recipient Name and Address**
db    + Brian Lyons, 2491 Dragon Circle, Norristown, PA 19403-5104

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 11 2023 00:03:11 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | May 11 2023 00:03:26 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 12, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2023 at the address(es) listed below:

**Name         Email Address**

DAVID B. SPITOFSKY
    on behalf of Debtor Brian Lyons spitofskybk@verizon.net spitofskylaw@verizon.net;spitofsky.davidb.r112243@notify.bestcase.com

MARK A. CRONIN
    on behalf of Creditor FORECLOSE IN THE NAME OF LAKEVIEW LOAN SERVICING  LLC WHETHER THE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 10, 2023 | Form ID: pdf900 | Total Noticed: 3 |

FORECLOSURE IS JUDICIAL OR NONJUDICIAL. bkgroup@kmllawgroup.com

MARK A. CRONIN
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| BRIAN LYONS | : | |
| | : | |
| DEBTOR | : | NO. 23-11182 (AMC) |

## ORDER

AND NOW, this 10th day of May, 2023, upon consideration of the Debtor's Motion for Extension of Time to File the Chapter 13 Schedules AB-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Calculation of Disposable Income Form 122C-2, it is hereby

ORDERED that the Motion is GRANTED and the Debtor may file the Chapter 13 Schedules AB-J, Summary of Assets and Liabilities and Certain Statistical Information, Statement of Financial Affairs, Chapter 13 Plan, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Calculation of Disposable Income Form 122C-2 on or before May 24, 2023.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE