SEQ 000967

| Company Code | Loc/Dept | Document Number | Page |
|---|---|---|---|
| RK / 3UY 21546227 | 01/ | 11763842 | 1 of 1 |

**Earnings Statement**

EASTERN REVENUE INC
601 Dresher Rd
Suite 301
Horsham, PA 19044

Period Starting: 02/04/2023
Period Ending: 02/17/2023
Pay Date: 02/24/2023

ADP

Taxable Marital Status: Single
Exemptions/Allowances:  Tax Override:
  Federal: 7    Federal:
  State: 0      State:
  Local: 0      Local:
Social Security Number: XXX-XX-XXXX

Brian J Lyons
2491 Dragon Circle
Norristown, PA 19403

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1360.00 | 5100.00 |
| Vacation | | | 0.00 | 68.00 |
| Holiday | | | 0.00 | 272.00 |
| Commission | | | 0.00 | 506.00 |
| **Gross Pay** | | | **$1,360.00** | **$5,946.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 22.94 |
| Social Security | -75.72 | 334.26 |
| Medicare | -17.71 | 78.17 |
| Pennsylvania State Income | -37.49 | 165.50 |
| Pennsylvania State UI | -0.95 | 4.16 |
| Horsham T Local Income | -12.21 | 53.90 |
| Horsham Twp Local | -2.00 | 8.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *EBP | -138.69 | 554.76 |

| **Net Pay** | **$1,075.23** | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 300.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6002 | XXXXXXXXX | 1075.23 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,221.31
* Excluded from Federal taxable wages

© 1998, 2006. ADP, INC All Rights Reserved.

SEQ 001060

| Company Code | Loc/Dept | Document Number | Page |
|---|---|---|---|
| RK / 3UY 21546227 | 01/ | 11797480 | 1 of 1 |

## Earnings Statement

EASTERN REVENUE INC
601 Dresher Rd
Suite 301
Horsham, PA 19044

Period Starting: 02/18/2023
Period Ending: 03/03/2023
Pay Date: 03/10/2023

ADP

Taxable Marital Status: Single
Exemptions/Allowances:   Tax Override:
  Federal: 7           Federal:
  State: 0             State:
  Local: 0             Local:
Social Security Number: XXX-XX-XXXX

Brian J Lyons
2491 Dragon Circle
Norristown, PA 19403

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 79.00 | 1343.00 | 6443.00 |
| Vacation | | | 0.00 | 68.00 |
| Holiday | | | 0.00 | 272.00 |
| Commission | | 0.00 | 261.00 | 767.00 |
| **Gross Pay** | | | **$1,604.00** | **$7,550.00** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -10.57 | 33.51 |
| Social Security | -90.85 | 425.11 |
| Medicare | -21.25 | 99.42 |
| Pennsylvania State Income | -44.99 | 210.49 |
| Pennsylvania State UI | -1.13 | 5.29 |
| Horsham T Local Income | -14.65 | 68.55 |
| Horsham Twp Local | -2.00 | 10.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *EBP | -138.69 | 693.45 |

| **Net Pay** | | **$1,279.87** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 79.00 | 379.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6002 | XXXXXXXXX | 1279.87 |

**Important Notes**
Basis of pay: Hourly

Your federal taxable wages this period are $1,465.31
* Excluded from Federal taxable wages

© 1998, 2006. ADP, INC All Rights Reserved.

◀ TEAR HERE

SEQ 000931

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RK / 3UY 21546227 | 01/ | 1183778 | 01 of 1 |

EASTERN REVENUE INC
601 Dresher Rd
Suite 301
Horsham, PA 19044

# Earnings Statement

ADP

Period Starting: 03/04/2023
Period Ending: 03/17/2023
Pay Date: 03/24/2023

Taxable Marital Status: Single
Exemptions/Allowances:      Tax Override:
 Federal:  7                 Federal:
 State:    0                 State:
 Local:    0                 Local:
Social Security Number:  XXX-XX-XXXX

Brian J Lyons
2491 Dragon Circle
Norristown, PA 19403

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 79.50 | 1351.50 | 7794.50 |
| Vacation | | | 0.00 | 68.00 |
| Holiday | | | 0.00 | 272.00 |
| Commission | | | 0.00 | 767.00 |
| **Gross Pay** | | | **$1,351.50** | **$8,901.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 33.51 |
| Social Security | -75.19 | 500.30 |
| Medicare | -17.59 | 117.01 |
| Pennsylvania State Income | -37.23 | 247.72 |
| Pennsylvania State UI | -0.94 | 6.23 |
| Horsham T Local Income | -12.13 | 80.68 |
| Horsham Twp Local | -2.00 | 12.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *EBP | -138.69 | 832.14 |

| **Net Pay** | | **$1,067.73** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 79.50 | 458.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6002 | XXXXXXXXX | 1067.73 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $1,212.81
* Excluded from Federal taxable wages

© 1998, 2006. ADP, INC All Rights Reserved.

TFAR HFRF

SEQ 000838

| Company Code | Loc/Dept | Document Number | Page |
|---|---|---|---|
| RK / 3UY 21546227 | 01/ | 118794921 | 1 of 1 |

## Earnings Statement

EASTERN REVENUE INC
601 Dresher Rd
Suite 301
Horsham, PA 19044

Period Starting: 03/18/2023
Period Ending: 03/31/2023
Pay Date: 04/07/2023

Taxable Marital Status: Single
Exemptions/Allowances:     Tax Override:
  Federal: 7                 Federal:
  State:   0                 State:
  Local:   0                 Local:
Social Security Number: XXX-XX-XXXX

Brian J Lyons
2491 Dragon Circle
Norristown, PA 19403

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 79.00 | 1343.00 | 9137.50 |
| Vacation | | | 0.00 | 68.00 |
| Holiday | | | 0.00 | 272.00 |
| Commission | | 0.00 | 506.00 | 1273.00 |
| **Gross Pay** | | | **$1,849.00** | **$10,750.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -35.07 | 68.58 |
| Social Security | -106.04 | 606.34 |
| Medicare | -24.80 | 141.81 |
| Pennsylvania State Income | -52.51 | 300.23 |
| Pennsylvania State UI | -1.29 | 7.52 |
| Horsham T Local Income | -17.10 | 97.78 |
| Horsham Twp Local | -2.00 | 14.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *EBP | -138.69 | 970.83 |

| **Net Pay** | **$1,471.50** | |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 79.00 | 537.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6002 | XXXXXXXXX | 1471.50 |

Important Notes
Basis of pay: Hourly

Your federal taxable wages this period are $1,710.31
* Excluded from Federal taxable wages

© 1998, 2006 ADP INC. All Rights Reserved

TEAR HERE

| SEQ 000954 | | | |
|---|---|---|---|
| Company Code | Loc/Dept | Document Number | Page |
| RK / 3UY 21546227 | 01/ | 1192930 | 41 of 1 |

EASTERN REVENUE INC
601 Dresher Rd
Suite 301
Horsham, PA 19044

# Earnings Statement

![ADP logo]

Period Starting:   04/01/2023
Period Ending:    04/14/2023
Pay Date:         04/20/2023

Taxable Marital Status: Single
Exemptions/Allowances:         Tax Override:
   Federal:  7                    Federal:
   State:    0                    State:
   Local:    0                    Local:
Social Security Number: XXX-XX-XXXX

Brian J Lyons
2491 Dragon Circle
Norristown, PA 19403

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 17.0000 | 80.00 | 1360.00 | 10497.50 |
| Vacation | | | 0.00 | 68.00 |
| Holiday | | | 0.00 | 272.00 |
| Commission | | | 0.00 | 1273.00 |
| **Gross Pay** | | | **$1,360.00** | **$12,110.50** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | 0.00 | 68.58 |
| Social Security | -75.72 | 682.06 |
| Medicare | -17.70 | 159.51 |
| Pennsylvania State Income | -37.49 | 337.72 |
| Pennsylvania State UI | -0.96 | 8.48 |
| Horsham T Local Income | -12.21 | 109.99 |
| Horsham Twp Local | -2.00 | 16.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| *EBP | -138.69 | 1109.52 |

**Net Pay**   **$1,075.23**

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Total Hours Worked | 80.00 | 617.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX6002 | XXXXXXXXX | 1075.23 |

Important Notes

Basis of pay: Hourly

Your federal taxable wages this period are $1,221.31
* Excluded from Federal taxable wages

**Mail body: Fwd: Doordash**

DoorDash

---------- Forwarded message ---------
From: **Brian Lyons** <lyonsb331@gmail.com>
Date: Tue, May 9, 2023 at 3:40 PM
Subject: Doordash
To: Brian Lyons <lyonsb331@gmail.com>

| Month | Total Pay | Fuel/Auto | Net after Expenses |
|---|---|---|---|
| October | $2,591.00 | $647.75 | 1943.25 |
| November | $1,466.31 | $366.57 | 1099.74 |
| December | $1,722.47 | $430.61 | 1291.86 |
| January | $2,100.51 | $525.12 | 1575.39 |
| February | $4,030.31 | $1,007.57 | 3022.74 |
| March | $1,800.61 | $450.15 | 1350.46 |
|  | $13,711.21 | $3,427.77 | $10,283.44 |