IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Lyons<br>Debtor, | BANKRUPTCY CASE NUMBER<br>23-11182-amc |
| Ardent Credit Union<br>Movant.<br>v. | CHAPTER 13 |
| Brian Lyons<br>Debtor/Respondent, | |
| Scott Waterman, Trustee<br>Additional Respondent. | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Ardent Credit Union, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

Respectfully submitted,

Dated:  May 30, 2023                      BY:*/s/Lorraine Gazzara Doyle*
                                          Christopher A. DeNardo 78447
                                          Lorraine Gazzara Doyle  34576

LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

LLG File #: 23-069295

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brian Lyons<br>    Debtor,<br><br>Ardent Credit Union<br>    Movant.<br>v.<br><br>Brian Lyons<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>23-11182-amc<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

I, <u>Lorraine Gazzara Doyle</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this   30th   day of           May          , 2023:

Brian Lyons
2491 Dragon Circle
Norristown, PA 19403

David B. Spitofsky, Esquire, Law Office of David B. Spitofsky
516 Swede Street
Norristown, PA 19401
spitofskybk@verizon.net - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

<u>/s/Lorraine Gazzara Doyle</u>
Christopher A. DeNardo 78447
Lorraine Gazzara Doyle  34576
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com