Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 23-11182-AMC**

Brian Lyons  
2491 Dragon Circle  
Norristown  PA    19403

Petition Filed Date: 04/25/2023  
341 Hearing Date: 07/07/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/02/2023 | $1,675.00 | | | | | | | |

**Total Receipts for the Period:  $1,675.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $1,675.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SPITOFSKY ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | US DEPARTMENT OF EDUCATION<br>»»  001 | Unsecured Creditors | $40,434.80 | $0.00 | $0.00 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»»  002 | Secured Creditors | $325.83 | $0.00 | $0.00 |
| 3 | NORRINGTON KNOLL HOA<br>»»  003 | Secured Creditors | $2,200.00 | $0.00 | $0.00 |
| 4 | CREDIT FIRST NA<br>»»  004 | Unsecured Creditors | $799.52 | $0.00 | $0.00 |
| 5 | ARDENT CREDIT UNION<br>»»  005 | Unsecured Creditors | $1,910.65 | $0.00 | $0.00 |
| 6 | ARDENT CREDIT UNION<br>»»  006 | Unsecured Creditors | $1,895.68 | $0.00 | $0.00 |
| 7 | VERIZON BY AIS AS AGENT<br>»»  007 | Unsecured Creditors | $68.96 | $0.00 | $0.00 |
| 8 | VERIZON BY AIS AS AGENT<br>»»  008 | Unsecured Creditors | $114.68 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»»  09P | Priority Crediors | $3,464.64 | $0.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»»  09U | Unsecured Creditors | $64,517.08 | $0.00 | $0.00 |
| 11 | FLAGSTAR BANK<br>»»  010 | Mortgage Arrears | $73,264.61 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP LLC<br>»»  011 | Unsecured Creditors | $5,141.91 | $0.00 | $0.00 |

Chapter 13 Case No. 23-11182-AMC

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $1,675.00 | Current Monthly Payment: | $1,649.00 |
| Paid to Claims: | $0.00 | Arrearages: | $3,272.00 |
| Paid to Trustee: | $150.75 | Total Plan Base: | $98,940.00 |
| Funds on Hand: | $1,524.25 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.