UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Brian Lyons | Bankruptcy No.23-11182-AMC |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 28th day of September, 2023, by first class mail upon those listed below:

Brian Lyons
2491 Dragon Circle
Norristown, PA  19403

**Electronically via CM/ECF System Only:**

DAVID B SPITOFSKY ESQ
516 SWEDE STREET
NORRISTOWN, PA  19401

/s/ Kristen Gliem
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee